UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **04 CR 10108 MEL** |
| v. | ) | Case No. |
| | ) | |
| TREVIS J. CATRON | ) | Violation: |
| | ) | 18 U.S.C. §922(g)(1) – |
| | ) | Convicted Felon in |
| | ) | Possession of Firearm and |
| | ) | Ammunition |

INDICTMENT

<u>COUNT ONE</u>: 18 U.S.C. §922(g)(1) - Felon in Possession of Firearm

The Grand Jury charges that:

On or about March 13, 2004, at Boston, in the District of Massachusetts,

**Trevis J. Catron,**

defendant herein, after having been convicted of a crime punishable by a term of imprisonment in excess of one year, did knowingly possess in or affecting commerce, a firearm, to wit: a .99MM BRYCO ARMS MODEL:JENNINGS NINE SEMI-AUTOMATIC pistol, bearing serial number 1549243, seven rounds of .9MM caliber ammunition and one spent .9MM cartridge from said firearm, all in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_[signature]_

FOREPERSON OF GRAND JURY

_/s/ James J. McGovern_
James J. McGovern
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS, Boston, April 7, 2004.

Returned into the District Court by the Grand Jurors and filed.

_/s/_
Deputy Clerk    11:46 AM