# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

TREVIS J. CATRON                                              CR: 04-10108 MEL
        Defendant

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of APRIL 13, 2004 to represent said defendant in this cause until further order of the Court.

                TONY ANASTAS
                CLERK OF COURT

        By:   /s/ Maria Simeone
               Courtroom Deputy
               The Honorable Lawrence P. Cohen

DATE: APRIL 13, 2004