AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF

USA v. Travis Catron

## EXHIBIT AND WITNESS LIST

Case Number: 04-10108

| PRESIDING JUDGE Laster/Cohen | | PLAINTIFF'S ATTORNEY James McGovern | | DEFENDANT'S ATTORNEY Syrie Fried | |
| --- | --- | --- | --- | --- | --- |
| TRIAL DATE (S) | | COURT REPORTER | | COURTROOM DEPUTY (MS) | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | | 4/16 | | ✓ | Lisa Rednicki - agent |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.