AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

TREVIS J. CATRON

**WARRANT FOR ARREST**

CASE NUMBER: 04 CR 10108 MEL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Trevis J. Catron_____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
being a previously convicted felon in possession of a firearm and ammunition

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

Catherine M. Gawlik
Name of Issuing Officer

Catherine M. Gawlik
Signature of Issuing Officer

Supervisor
Title of Issuing Officer

4-7-04 Boston
Date and Location

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME ... | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/13/04 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE OF ARREST | | | |

This form was electronically produced by Elite Federal Forms, Inc.