IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 04-10108-MEL
)
TREVIS J. CATRON )
)

GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION FOR RECONSIDERATION OF DETENTION ORDER

The United States of America, by United States Attorney Michael J. Sullivan and Assistant U.S. Attorney James J. McGovern, file this Opposition to Defendant's Motion for Reconsideration of Detention Order. For the reasons set forth below, the Motion should be denied.

1. Despite defense counsel's representation "that conditions of release can be fashioned which will assure the safety of the community at large," the Government believes that no terms of release will assure the safety of the community.

2. The defendant has a significant prior criminal record, both juvenile and adult, including among other things, a conviction for armed robbery in 1991 for which he was sentenced to imprisonment for five years. In 1993, he was convicted on charges of manufacturing a Class B substance and possession of a Class B substance with intent to distribute, for which he was sentenced to imprisonment for one year. Most importantly, in April of 1996, the defendant was convicted on a number of

firearms charges including possession of a firearm without a serial number, illegal possession of ammunition, and the illegal possession of a firearm for which he was sentenced to imprisonment for one year. In September of 1996, he was convicted on charges of possession of a Class B substance and possession of a Class D, those offenses having been committed while the defendant was on bail in connection with the firearms charges for which he was sentenced in April, 1996.

3. It is alleged that the defendant was in possession of and in fact discharged a firearm on a public way in Roxbury on March 13, 2004. As this court noted in its Memorandum and Order on Government's Motion for Detention: "although there were no report of injuries, the discharge of a firearm in the public way is, as we all know, a disaster waiting to happen."

4. Finally, as this court further noted in its Memorandum: "Notwithstanding that [the defendant having been previously convicted on firearms' charges] and notwithstanding the prohibition of any possession of firearms by those convicted of a felony, the defendant has demonstrated that he will continue to brandish, if not shoot, firearms in the future, all of which, it goes without saying, represents a clear and present danger to the community."

5. The defendant's proposed pledge of equity in his great-uncle's home and the placement of electronic monitoring at his residence at 91 Highcrest Road in Roslindale, will certainly not dispel the clear and present danger the defendant poses to the community nor prevent him from obtaining a firearm, as he has done in the past, and using it for unlawful purposes, all to the detriment of members of the community.

WHEREFORE, the Defendant's Motion for Reconsideration of Detention Order should be DENIED.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ James J. McGovern /sk
JAMES J. MCGOVERN
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Suffolk, ss.                              Boston, Massachusetts
                                          June 22, 2004

I, James J. McGovern, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail, to Syrie D. Fried, Esquire, Federal Defender's Office, 408 Atlantic Avenue, Third Floor, Boston, MA 02210.

/s/ James J. McGovern /sk
JAMES J. MCGOVERN
Assistant U.S. Attorney

3