IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 OCT 19 P 2: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | **NO. 04-10108-MEL** |
| TREVIS J. CATRON | ) | |

## GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION OF MAGISTRATE'S DETENTION ORDER

The United States of America, by United States Attorney Michael J. Sullivan and Assistant U.S. Attorney James J. McGovern, file this Opposition to Defendant's Motion for Reconsideration of Magistrate's Detention Order. For the reasons set forth below, the Motion should be denied.

1. Despite defense counsel's representation that conditions of release can be fashioned in a manner which will assure the safety of the community at large, the Government believes that no terms of release will in fact assure the safety of the community.

2. The defendant has a significant prior criminal record, both juvenile and adult, including among other things, a conviction for armed robbery in 1991 for which he was sentenced to imprisonment for five years. In 1993, he was convicted on charges of manufacturing a Class B substance and possession of a class B substance with the intent to distribute, for which he was sentenced to imprisonment for one year. Most importantly, in April of 1996, the defendant was convicted on a number of firearms charges including possession of a

firearm without a serial number, illegal possession of ammunition, and the illegal possession of a firearm for which he was sentenced to imprisonment for one year. In September of 1996, he was convicted on charges of possession of a Class B substance and possession of a Class D, those offenses having been committed *while the defendant was on bail* in connection with the firearms charges for which he was sentenced in April, 1996.

    3. It is alleged in the indictment that the defendant was in possession of and in fact discharged a firearm on a public way in Roxbury on March 13, 2004 at *2:25 A.M in the morning*. Those are the facts and the Government intends to prove them at trial. The two officers first arriving at the scene detected the smell of what they believed to be a freshly fired firearm. Indeed, ballistics analysis by Boston Police and evidence at trial, will establish that the shell casing found on the porch where the defendant had been just moments before, came from the firearm observed in the defendant's hand by the arresting officers and found inches from where the defendant had fallen to the ground after being directed to do so by the officers. As the Magistrate Judge noted in his Memorandum and Order on Government's Motion for Detention (April 22, 2004 p.9) : "Although there were no reported injuries, the discharge of a firearm in the public way is, as we all know, a disaster waiting to happen."

    4. Finally, as Magistrate Judge Cohen further noted in his Memorandum (page 9): "Notwithstanding that [the defendant having been previously convicted on firearms' charges] and notwithstanding the prohibition of any possession of firearms by those convicted of a felony, the defendant has demonstrated that he will continue to brandish, if not shoot, firearms in the future, all of which, it goes without saying, represents a clear and present danger to the community."

    5. The defendant's proposed pledge of equity in his great-uncle's home and the

placement of electronic monitoring at his residence at 91 Highcrest Road in Roslindale, will certainly not obviate the clear and present danger the defendant poses to the community nor prevent him from leaving the residence, obtain a firearm, as he has done in the past, and use it for unlawful purposes and to the detriment of members of the community.

**WHEREFORE**, the Defendant's Motion for Reconsideration of Detention Order should be **DENIED**.

> Respectfully submitted,
>
> **MICHAEL J. SULLIVAN**
> United States Attorney
>
> By: _____
> JAMES J. MCGOVERN
> Assistant U.S. Attorney
> U. S. Attorney's Office
> John Joseph Moakley
> United States Courthouse
> 1 Courthouse Way, Suite 9200
> Boston, MA 02210

Dated: October 18, 2004

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by ~~mail~~ on

_10/19/04_  _facsimile transmittal_

_____
Assistant U.S. Attorney