File No. 3770-S

# COMPLETE SUMMARY APPRAISAL REPORT OF THE PROPERTY LOCATED AT

30 Norfolk Street

Roxbury, MA 02119

**as of**

March 23, 2004

**for**

Sovereign Bank
5 Whittier Street, 2nd Floor
Framingham, MA 01701

**by**

R D Appraisal & Associates

15 Sawmill Road
Walpole, MA 02081

**Complete Appraisal Analysis - Summary Appraisal Report**

## UNIFORM RESIDENTIAL APPRAISAL REPORT

File No. 3770-S

### Property Description / SUBJECT

| Field | Value |
|---|---|
| Property Address | 30 Norfolk Street |
| City | Roxbury |
| State | MA |
| Zip Code | 02119 |
| Legal Description | See Deed M.S.A. #14484 |
| County | Suffolk |
| Assessor's Parcel No. | 12-3583 |
| Tax Year | 2003 |
| R.E. Taxes $ | 408.93+- |
| Special Assessments $ | N/A |
| Borrower | Lomax |
| Current Owner | Lomax |
| Occupant | [X] Owner / Tenant / Vacant |
| Property rights appraised | [X] Fee Simple |
| Project Type | PUD / Condominium (HUD/VA only) |
| HOA$ | N/A /Mo. |
| Neighborhood or Project Name | Roxbury |
| Map Reference | 9012 |
| Census Tract | 0814.00 |
| Sale Price | $ N/A |
| Date of Sale | Refin. |
| Description and $ amount of loan charges/concessions to be paid by seller | None Noted |
| Lender/Client | Sovereign Bank |
| Address | 5 Whittier Street, 2nd Floor, Framingham, MA 01701 |
| Appraiser | Randall S. DiGiacomo |
| Address | 15 Sawmill Road, Walpole, MA 02081 |

### NEIGHBORHOOD

| Location | [X] Urban | Suburban | Rural |
| Built up | [X] Over 75% | 25-75% | Under 25% |
| Growth rate | Rapid | [X] Stable | Slow |
| Property values | Increasing | [X] Stable | Declining |
| Demand/supply | Shortage | [X] In balance | Over supply |
| Marketing time | [X] Under 3 mos. | 3-6 mos. | Over 6 mos. |

Predominant occupancy: [X] Owner / Tenant / [X] Vacant (0-5%) / Vacant (over 5%)

Single family housing:
- PRICE $(000) Low 10 / High 200 / Predominant 125+
- AGE (yrs) 200 / 400 / 300

Present land use %: One Fam 25, 2-4 fam 50, Multi-family 10, Commercial 15

Land use change: [X] Not Likely / Likely / In process / To: N/A

Note: Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics: The neighborhood boundaries consists of the of Malcolm X Blvd, to the north, Columbus Avenue to the west, and Washington Street to the east and south.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): Sales trends indicate a increase in the demand for residential properties in this area, in this price range, at this time, promoting stable values. Consumer confidence, reasonable interest rates & attractive financing have made home sales more appealing. Local as well as national economic factors typically have a direct affect on local sales trends, which makes the predictability on future marketing conditions difficult. See Addendum.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time – such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): The appraiser notes that a reasonable marketing time for properties in the subject neighborhood is currently within 90 days. This includes properties which are priced competitively as to insure fair market exposure. Residential financing in the area is primarily of the conventional style, including some FHA financing as well. Some lender financing packages may include point and rate variations, based on the finance options offered by that particular lender. These types of programs are typical of the area and are considered market accepted. *** See Additional Comments ***

### PUD

Project Information for PUDs (If applicable) – Is the developer/builder in control of the Home Owners' Association (HOA)? Yes / No

Approximate total number of units in the subject project: N/A
Approximate total number of units for sale in the subject project: N/A
Describe common elements and recreational facilities: N/A

### SITE

| Dimensions | Frontage: 35+- Feet Approximate |
| Site area | 1,856+-SF |
| Corner Lot | Yes [X] No |
| Topography | Mostly Level |
| Size | 1,856+-SF |
| Specific zoning classification and description | Neighborhood District |
| Shape | Rectangular |
| Zoning compliance | [X] Legal / Legal nonconforming (Grandfathered use) / Illegal / No zoning |
| Drainage | Appears to be adequate |
| Highest & best use as improved | [X] Present use / Other use (explain) |
| View | Other Dwellings |

Utilities Public / Other:
- Electricity [X]
- Gas [X]
- Water [X]
- Sanitary sewer [X]
- Storm sewer [X]

Off-site improvements Type / Public / Private:
- Street: Asphalt Paved [X]
- Curb/gutter: Granite [X]
- Sidewalk: Concrete [X]
- Street lights: Standard [X]
- Alley: None [X]

| Landscaping | Typical for the area |
| Driveway Surface | Asphalt paved |
| Apparent easements | None Noted |
| FEMA Special Flood Hazard Area | Yes [X] No |
| FEMA Zone | Zone-C | Map Date | 4-1-82 |
| FEMA Map No. | 250286 0010C |

Comments (apparent adverse easements, encroachments, special assessments, side areas, illegal or legal nonconforming zoning use, etc.): The subject property does not appear to be located in a HUD identified Flood Zone Area. Please note that this appraiser is not and does not profess to be an expert in the field of flood hazard areas. See Addendum

### DESCRIPTION OF IMPROVEMENTS

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | 1 | Foundation | Granite | Slab | N/A | Area Sq. Ft. | 645 | Roof | |
| No. of Stories | 3 Story | Exterior Walls | Clapb/Stucco | Crawl Space | None | % Finished | Unfinished | Ceiling | |
| Type (Det/Att) | Detached | Roof Surface | Cmp Shingle | Basement | Full | Ceiling | Unfinished | Walls | |
| Design (Style) | Colonial | Gutters & Dwnspts. | Aluminum | Sump Pump | None Noted | Walls | Unfinished | Floor | |
| Existing/Proposed | Existing | Window Type | Wood/ DH | Dampness | None Observed | Floor | Unfin./Conc | None | |
| Age (Yrs.) | 104+- | Storm/Screens | Com./Yes | Settlement | None Observed | Outside Entry | Yes | Unknown | [X] |
| Effective Age (Yrs.) | 16-18+- | Manufactured House | No | Infestation | None Observed | Bulkhead | | Appears Typical | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | 645 |
| Level 1 | | 1 | 1 | 1 | | | | | | | | 657 |
| Level 2 | | | | | | | | 2 | 1 | | | 645 |
| Level 3 | | | | | | | | 2 | 1 | | | 600 |

Finished area above grade contains: 8 Rooms; 4 Bedroom(s); 2.00 Bath(s); 1,902 Square Feet of Gross Living Area

### IMPROVEMENTS - INTERIOR

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Hardwood/Average | Type | FHW | Refrigerator | | None | | Fireplace(s) # | | None | |
| Walls | Plaster/Average | Fuel | Oil | Range/Oven | [X] | Stairs | | Patio | | Garage | # of cars |
| Trim/Finish | Wood/Average | Condition | Average | Disposal | | Drop Stair | | Deck | Deck [X] | Attached | |
| Bath Floor | Tile/Average | COOLING | | Dishwasher | | Scuttle | [X] | Porch | | Detached | |
| Bath Wainscot | Tile/Average | Central | None | Fan/Hood | | Floor | | Fence | | Built-In | |
| Doors | Wood/Average | Other | None | Microwave | | Heated | | Pool | | Carport | |
| | | Condition | N/A | Washer/Dryer | | Finished | | | | Driveway | 2 Car |

Additional features (special energy efficient items, etc.): The subject property offers additional features such as a rear deck and a paved driveway. There were no energy efficient items noted.

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.: The mechanical systems appeared to be adequate for the structure, with the functional condition also expected to be adequate. Subject is considered to be in average overall condition for the area with the quality of construction being that of average. *** See Additional Comments ***

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property: The appraiser did not observe any forms of adverse environmental conditions that would negatively impact the value of the property appraised. See Addendum

Freddie Mac Form 70 6-93    12 CH.    PAGE 1 OF 2    Fannie Mae Form 1004 6-93

R D Appraisal & Associates

**Complete Appraisal Analysis - Summary Appraisal Report**

Valuation Section — UNIFORM RESIDENTIAL APPRAISAL REPORT — File No. 3770-S

## COST APPROACH

| Item | Value |
|---|---|
| ESTIMATED SITE VALUE | = $ 150,000 |
| ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS: | |
| Dwelling 1,902 Sq.Ft @ $ 75.00 | = $ 142,650 |
| BSMT 645 Sq.Ft @ $ 10.00 | = 6,450 |
| Deck | = 1,500 |
| Garage/Carport Sq.Ft @ $ N/A | = |
| Total Estimated Cost New | = $ 150,600 |
| Less 26.2 Physical / Functional / External Depreciation 39,457 | = $ 39,457 |
| Depreciated Value of Improvements | = $ 111,143 |
| "As-is" Value of Site Improvements | = $ 5,000 |
| INDICATED VALUE BY COST APPROACH 266,000 | = $ 266,143 |

Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property): See Addendum for comments on the cost estimate, site value and the estimated remaining life of the property.

Remaining Economic Life: 48    Remaining Physical Life: 48

## SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address | 30 Norfolk Street, Roxbury | 3 Mt Pleasant Place, Roxbury | 298 Eustis Street, Roxbury | 2 School Street Place, Roxbury |
| Proximity to Subject | | 3/4 Mile | 3/4 Mile | 3/4 Mile |
| Sales Price | $ N/A | $ 240,000 | $ 300,000 | $ 325,000 |
| Price/Gross Liv. Area | $ 184.16 | $ 143.88 | $ 196.85 | $ 239.32 |
| Data and/or Verification Source | Owner, Inspect. Tax Records | MLS Data, Broker, Tax Records | MLS Data, Broker, Tax Records | MLS Data, Broker, Tax Records |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION / +(-) $ Adjustment | DESCRIPTION / +(-) $ Adjustment | DESCRIPTION / +(-) $ Adjustment |
| Sales or Financing Concessions | | None Known | None Known | None Known |
| Date of Sale/Time | | 9-20-2003 / -0- | 11-28-2003 / -0- | 1-22-2004 / -0- |
| Location | Average | Average | Average | Average |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Site | 1,856+-SF | 2,397+-SF / -0- | 2,368+-SF / -0- | 3,701+-SF / -0- |
| View | Other Dwellings | Other Dwellings | Other Dwellings | Other Dwellings |
| Design and Appeal | Colonial/Avg. | Colonial/Avg. | Colonial/Avg. | Colonial/Avg. / -0- |
| Quality of Construction | Average | Average | Average | Average |
| Age | 104+- | 114+- / -0- | 124+- / -0- | 104+- / -0- |
| Condition | Average | Average | Good / -25,000 | Good / -25,000 |
| Above Grade Room Count | Total 8 / Bdms 4 / Baths 2.00 | Total 7 / Bdms 3 / Baths 2.00 | Total 7 / Bdms 3 / Baths 1.50 / +1,000 | Total 6 / Bdms 3 / Baths 1.50 / +1,000 |
| Gross Living Area | 1,902 Sq.Ft. | 1,668 Sq.Ft. / +2,340 | 1,524 Sq.Ft. / +3,780 | 1,358 Sq.Ft. / +5,440 |
| Basement & Finished Rooms Below Grade | Full Basement Unfinished | Full Basement Unfinished | Full Basement Unfinished | Full Basement Unfinished |
| Functional Utility | Average | Average | Average | Average |
| Heating/Cooling | Cent./None | Cent./None | Cent./None | Cent./None |
| Energy Efficient Items | None Noted | None Noted | None Noted | None Noted |
| Garage/Carport | Driveway | Driveway | On Street / +2,500 | Driveway |
| Porch, Patio, Deck, Fireplace(s), etc. | Deck, None | Deck, None | Open Porch, 1-FP / -2,000 | Enc. Porch, None / -1,500 |
| Fence, Pool, etc. | None | None / -0- | None / -0- | None |
| Kit. & Bths. | Average/Average | Average/Average | Modern/Modern / -10,000 | Modern/Modern / -10,000 |
| Net Adj. (total) | | [X]+ [ ]- $ 2,340 | [ ]+ [X]- $ -29,720 | [ ]+ [X]- $ -30,060 |
| Adjusted Sales Price of Comparable | | Gross 1.0% / Net 1.0% $ 242,340 | Gross 14.8% / Net -9.9% $ 270,280 | Gross 13.2% / Net -9.2% $ 294,940 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): Although the lots vary in size, the lots of the comparables chosen for this appraisal appear to offer marketability similar to that of the subject, based on general market appeal, consequently no adjustment for lot size variation could be supported by market reaction. An adjustment of $10 per square foot was indicated for GLA differences that are inferior or superior (within 100 SF) to that of the subject in relation to the comparable sales used. This adjustment is utilized in projecting the affect of a properties living area on its overall market appeal.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source, for prior sales within year of appraisal | Per B & T No sales within 3 years. | Per Banker & Tradesman No other Sales Activity within last year. | Per Banker & Tradesman No other Sales Activity within last year. | Per Banker & Tradesman No other Sales Activity within last year. |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: After researching Banker and Tradesman Reports no sales activity of the subject (except above) was noted over the past three years or the comparables (except above) was noted over the past one year. See Addendum.

INDICATED VALUE BY SALES COMPARISON APPROACH ............................................................... $ 270,000
INDICATED VALUE BY INCOME APPROACH (If Applicable) Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier N/A = $ N/A

This appraisal is made [X] "as is" [ ] subject to the repairs, alterations, inspections or conditions listed below [ ] subject to completion per plans and specifications.
Conditions of Appraisal: No conditions or repairs were considered necessary to support the final value estimate.

## RECONCILIATION

Final Reconciliation: Primary weight is placed on the Direct Sales Comparison, which is considered the best indicator of value for the subject property. The Income Approach was not considered applicable, since the sale of rented single family homes is not common for the area. See Addnm.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/Fannie Mae Form 1004B (Revised 6/93 ).
I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF March 23, 2004 (WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ 270,000

APPRAISER:
Signature: [signed] Randall S. DiGiacomo
Name: Randall S. DiGiacomo
Date Report Signed: March 28, 2004
State Certification #: 883    State: MA
Or State License #:       State:

SUPERVISORY APPRAISER (ONLY IF REQUIRED):
Signature:
Name:
Date Report Signed:
State Certification #:    State:
Or State License #:       State:
[ ] Did [X] Did Not Inspect Property

Freddie Mac Form 70 6-93    12 CH.    PAGE 2 OF 2    Fannie Mae Form 1004 6-93

R D Appraisal & Associates

File No. 3770-S

## ADDITIONAL COMMENTS

| | |
|---|---|
| Borrower or Owner | Lomax |
| Property Address | 30 Norfolk Street |
| City | Roxbury |
| County | Suffolk |
| State | MA |
| Zip Code | 02119 |
| Lender or Client | Sovereign Bank |

**SCOPE OF THE APPRAISAL**
This summary appraisal report is intended for use by the lender/client and/or their assigns for mortgage finance transaction only. This report is not for any other use.

**NEIGHBORHOOD MARKETABILITY**
The commercial influence in the neighborhood consists of various retail, office, city buildings gas stations, ect., which are located on Tremont Street and Columbus Avenue. This commercial use has been in existence for many years appears market accepted, with no negative affects to marketability anticipated. There were no apparent adverse conditions noted in the neighborhood, which were considered detrimental to the overall marketability of the subject.

**MARKET CONDITIONS IN NEIGHBORHOOD**
The majority of lenders in the area seem to remain competitive with other area lenders, which minimizes extreme market variations.

**SITE**
The lot size is typical for area. There were no apparent adverse easements, encroachments, or other conditions noted. The subject is a legal conforming lot. The dwelling could be re-built (in the event of a fire or other casualty) in the same foot print, per the required building codes, within the time specified by the regulating building department.

**CONDITION OF IMPROVEMENTS**
The subject is in need of minor interior and exterior cosmetic work (Primarily paint and paper), which is not expected to be reflected in the overall marketability, but is reflected in the overall property condition rating of average. At the time of the inspection the owner was re-stuccoing the front of the dwelling. It was basically complete at the time of inspection. No conditions or repairs required to support the final value estimate.

**ADVERSE ENVIRONMENTAL CONDITIONS**
The subject offers an oil heating system, with the supply tank located in the basement. This is typical of this type of structure There was no evidence of seepage noted from the oil tank at the time of inspection.

**COST APPROACH**
The Cost Approach was given no weight in this appraisal. This is due to the age of the dwelling and the difficulty of accurately determining the accrued depreciation. Cost factors have been taken from the Marshall & Swift Residential Cost Data Service. All figures have been rounded. The estimated remaining economic life of (48)+- years is based on the estimated economic life (65 years) minus the estimated effective age of the subject indicated on page 1 of this report. The estimated land cost typically contributes a substantial amount to the total cost estimate, which in the case of the subject exceeds 30%. This is not uncommon for the area and is due in part to the limited availability of buildable lots and the restrictions placed on development within the community, which in turn creates a stronger market demand and consequently higher land costs.

**COMMENTS ON SALES COMPARISON**
The market indicates no time adjustment was necessary due to closing dates of the comparable sales in relation to the date of the valuation of the subject. Sales 2 and 3 were updated prior to sale and were adjusted for condition. In determining a final value estimate, the indicated adjustments were derived from research and analysis of relevant market data from within the marketing area.

**CURRENT AGREEMENT OF SALE, OPTION, OR LISTING OF SUBJECT**
The subject does not appear to be offered for sale on the open market at the present time and does not appear to have been listed for sale through the local Multiple Listing Service over the last 12 month period. If the property was listed for sale privately, this information may not have been available to the appraiser.

**FINAL RECONCILIATION**
Please note that this appraisal is considered a SUMMARY APPRAISAL REPORT. All supporting data and research has been retained in our files. I certify in accordance with the competency provisions in the USPAP, that my knowledge, experience and education are considered sufficient to appraise the type of property indicated in this report. It should also be noted that no other appraiser has provided significant professional assistance to me in the completion of my analysis or final valuation of the subject property and improvements unless otherwise indicated. The value estimate for the subject property is based on the assumption that the property is not negatively affect by the existence of hazardous substances or any other detrimental environmental conditions, unless otherwise stated in this report. This appraiser is not and does not profess to be an expert in the field of hazardous substances or detrimental environmental conditions. During the inspection and inquires of the subject property, no negative environmental conditions were noted. This is not to say that any test or inspection done by a qualified expert would not reveal the existence of any hazardous materials or other conditions on or around the property that would negatively affect the subject value. This appraiser is in no way responsible for any unknown environmental conditions. This appraisal assignment and this opinion of value has been prepared for the

| | | | | File No. | 3770-S |
|---|---|---|---|---|---|

**ADDITIONAL COMMENTS**
Page 2

| Borrower or Owner | Lomax | | | | |
|---|---|---|---|---|---|
| Property Address | 30 Norfolk Street | | | | |
| City | Roxbury | County | Suffolk | State MA | Zip Code 02119 |
| Lender or Client | Sovereign Bank | | | | |

specific use of the contracted client as the specific user only, for finance purposes only. All supporting data and research information has been retained in our files.

ADDITIONAL COMMENTS
Please note that electronic signatures are utilized in this report. UAPAP, FNMA, FHLMC and the appraisal standard state that electronically affixing a signature to a report carries the same level of authenticity and responsibility as an ink signature. All electronic signatures have a security feature maintained by individual passwords. No person can alter the appraisal with the exception of the original signing appraiser. Also digital photos were used in this appraisal and have not been altered or enhanced in anyway.

File No. 3770-S

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Lomax |
| Property Address | 30 Norfolk Street |
| City | Roxbury |
| County | Suffolk |
| State | MA |
| Zip Code | 02119 |
| Lender or Client | Sovereign Bank |



**FRONT VIEW OF SUBJECT PROPERTY**



**REAR VIEW OF SUBJECT PROPERTY**



**STREET SCENE OF SUBJECT PROPERTY**

R D Appraisal & Associates

Page 7 of 13

File No. 3770-S

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Lomax |
| Property Address | 30 Norfolk Street |
| City Roxbury | County Suffolk   State MA   Zip Code 02119 |
| Lender or Client | Sovereign Bank |



**COMPARABLE #1**

3 Mt Pleasant Place
Roxbury

| | |
|---|---|
| Price | $240,000 |
| Price/SF | 143.88 |
| Date | 9-20-2003 |
| Age | 114+- |
| Room Count | 7-3-2.00 |
| Living Area | 1,668 |
| Value Indication | $242,340 |



**COMPARABLE #2**

298 Eustis Street
Roxbury

| | |
|---|---|
| Price | $300,000 |
| Price/SF | 196.85 |
| Date | 11-28-2003 |
| Age | 124+- |
| Room Count | 7-3-1.50 |
| Living Area | 1,524 |
| Value Indication | $270,280 |



**COMPARABLE #3**

2 School Street Place
Roxbury

| | |
|---|---|
| Price | $325,000 |
| Price/SF | 239.32 |
| Date | 1-22-2004 |
| Age | 104+- |
| Room Count | 6-3-1.50 |
| Living Area | 1,358 |
| Value Indication | $294,940 |

R D Appraisal & Associates

Page 8 of 13







File No. 3770-S

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concessions but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. The separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

File No. 3770-S

**APPRAISER'S CERTIFICATION:**   The Appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:**   If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:**   30 Norfolk Street, Roxbury, MA 02119

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: _(signed)_ | Signature: |
| Name: Randall S. DiGiacomo | Name: |
| Date Signed: March 28, 2004 | Date Signed: |
| State Certification #: 883 | State Certification #: |
| or State License #: | or State License #: |
| State: MA | State: |
| Expiration Date of Certification or License: 04/09/05 | Expiration Date of Certification or License: |
| | [ ] Did   [X] Did Not Inspect Property |