AO 98   (Rev. 8/85) Appearance Bond

# UNITED STATES DISTRICT COURT

District of   Massachusetts

UNITED STATES OF AMERICA
V.

**APPEARANCE BOND**

Trevis   Catron
_____
Defendant

Case Number:   04-10108-MEL

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 140,000 _____, and there has been deposited in the Registry of the Court the sum of
$ _____ in cash or quitcalim deed to real property (describe other security.)

The conditions of this bond are that the   Trevis   Catron
                                           (Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on   October 25, 2004   at   Boston, Massachusetts
                              Date                            Place

Defendant  _Trevis Catron_____  Address   91 Highcrest Road   Roslindale, MA

Surety     _Joseph M Soumey_____  Address   30 Norfolk Street   Roxbury, MA

Surety     _____  Address   _____

Signed and acknowledged before me   10/25/04
                                      Date

_____
Judicial Officer/Clerk