UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.  ) | CRIM. NO. 04-10108-MEL |
| ) | |
| ) | |
| TREVIS CATRON ) | |

### MOTION TO RESCHEDULE FINAL STATUS CONFERENCE

The defendant Trevis Catron respectfully moves this Court to reschedule the final status conference in the above-captioned case from November 15, 2004 to November 22, 2004.  In support of this motion, undersigned counsel submits that a conflict in her court schedule makes November 15 an inconvenient date for her to appear in court on this matter.  Undersigned has spoken with Assistant U.S. Attorney James McGovern about this request to reschedule the status conference.  Counsel represents that Mr. McGovern assents to this motion.

Wherefore, for the above-stated reason, the defendant requests that this motion to reschedule the final status conference in this case be granted.

        Respectfully submitted

        By his attorney,

        _____
        /s/ Syrie D. Fried
        Syrie D. Fried
          B.B.O. # 555815
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA  02110
        Tel: 617-223-8061