UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10108-MEL

UNITED STATES OF AMERICA

v.

TREVIS J. CATRON

FINAL STATUS REPORT

November 22, 2004

COHEN, M.J.

A Final Status Conference was held before this court on Monday, November 22, 2004, pursuant to the provisions of Local Rule 116.5(A). Based on that conference, this court enters the following report, to wit:

1. All discovery is complete, and no motions are pending;

2. There will be a trial in this case. The parties estimate that trial will last some 2 to 3 trial days;

3. As of the date of the Final Status Conference, this court finds and concludes that only fourteen (14) days has elapsed on the Speedy Trial clock;

4. The file is hereby ordered returned to the district judge to whom this case is assigned for further proceedings.

_____
UNITED STATES MAGISTRATE JUDGE