```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
                                )
        v.                      )    CRIM. NO. 04-10108-MEL
                                )
                                )
TREVIS CATRON                   )


                    MOTION TO MODIFY RELEASE
                CONDITIONS FOR THANKSGIVING HOLIDAY
```

   The defendant Trevis Catron respectfully moves this court for a temporary modification of his release conditions so that he may have Thanksgiving dinner at his grandmother's home.  Mr. Catron is released on electronic monitoring and must stay at his own home.  By this motion, Mr. Catron asks that the electronic monitoring be turned off for six hours on Thanksgiving day.  He wishes to be allowed to leave his home at 1:00 p.m. on Thursday November 25 to go his grandmother Laverne Everett's home.  Ms. Everett's address is 522 Blue Hill Avenue in Dorchester.  The phone number at her home is 617-442-0938.  Mr. Catron plans to have Thanksgiving dinner there, with the court's leave.  Many members of Mr. Catron's family will be there for dinner, including his mother, grandmother, aunts, cousins, uncles, his sons, and his fiancee.  He requests permission to dine there and then to return to his home by 7:00 p.m.

1

Counsel has discussed this motion with Assistant United States Attorney James McGovern and has attempted to contact Pretrial Services Officer David Picozzi to ascertain their positions on this motion. Counsel represents that Mr. McGovern has no objection to this motion provided that Pretrial Services does not object. Counsel has not been able to get a response from Mr. Picozzi.

Wherefore, for the above-stated reasons counsel requests that this motion to permit the defendant to dine at his grandmother's home for Thanksgiving be granted.

                              Respectfully submitted
                              By his attorney,

                              <u>/s/ Syrie D. Fried</u>
                              Syrie D. Fried
                              /s/ Syrie D. Fried
                                B.B.O. # 555815
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061