## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 04-10108-MEL** |
| | ) | |
| **TREVIS CATRON** | ) | |

### GOVERNMENT'S LIST OF PROSPECTIVE TRIAL WITNESSES

The United States of America, by and through Assistant United States Attorney James J. McGovern, respectfully submits the following list of prospective trial witnesses. If the government subsequently decides to offer the testimony of any additional witness in its case in chief, it will promptly notify the defendant.

1. Officer Brian Smigielski, Boston Police Department;
2. Officer Brian Farrell, Boston Police Department;
3. Ballistician Carl Washington, Boston Police Department;
4. Philip Ball, ATF Boston
5. Allan Offringa, retired ATF;
6. William Pickett, Massachusetts Criminal History Systems Board.
7. David Everett, Boston
8. Any individual needed for the authentication of documents.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: January 31, 2005

By: /s/ James J. McGovern
James J. McGovern
Assistant U.S. Attorney
617/748-3100