UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | **Criminal No. 04-10108-MEL** |
| | ) | |
| TREVIS CATRON | ) | |
| | ) | |

### ASSENTED TO MOTION TO CONTINUE TRIAL

The United States respectfully requests a continuance of the trial in the above-captioned case, currently scheduled for April 11, 2005. As grounds for this motion, the government states that AUSA James J. McGovern has long-standing vacation plans for April 12, 2005 through and including April 17, 2005 and will be out of state and out of the office and will be unable to appear for trial. Counsel have agreed to the new date suggested by the Court of May 2, 2005.

In addition, for the above-stated reasons, the government respectfully requests that the time commencing on April 11, 2005 and concluding on the date set for trial be excluded pursuant to 18 U.S.C. §3161(h)(8)(A).

                                        Respectfully Submitted,

                                        /s/ James J. McGovern
                                        JAMES J. MCGOVERN
                                        Assistant U.S. Attorney

DATE: February 1, 2005

**ASSENTED TO:** _____
          Attorney Syrie Fried

-1-