UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | CRIMINAL NO. 04-10108-MEL |
| ) | |
| TREVIS CATRON ) | |

**GOVERNMENT'S SUPPLEMENTAL LIST OF PROSPECTIVE TRIAL WITNESSES**

The United States of America, by and through Assistant United States Attorney James J. McGovern, respectfully submits the following amended list of prospective trial witnesses. If the government subsequently decides to offer the testimony of any additional witness in its case in chief, it will promptly notify the defendant.

1. Officer Brian Smigielski, Boston Police Department;
2. Officer Brian Farrell, Boston Police Department;
3. Ballistician Carl Washington, Boston Police Department;
4. Philip Ball, ATF Boston
5. Allan Offringa, retired ATF;
6. William Pickett, Massachusetts Criminal History Systems Board.
7. David Everett, Boston
8. Any individual needed for the authentication of documents and/or tangible items
9. Valerie McCarthy, Massachusetts Governor's Council
10. Stephanie Forbes, Program Analyst, Firearms Enforcement Branch

                                                        Respectfully submitted,

                                                        MICHAEL J. SULLIVAN
                                                        United States Attorney

Date: February 22, 2005                    By: /s/ James J. McGovern
                                                        James J. McGovern
                                                        Assistant U.S. Attorney
                                                        617/748-3100