```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES | ) |
|  | ) |
|  | ) **Criminal No. 04-10108-MEL** |
|  | ) |
| TREVIS CATRON | ) |

### ASSENTED TO MOTION TO CONTINUE TRIAL

The United States respectfully requests a continuance of the trial in the above-captioned case, currently scheduled for May 2, 2005. As grounds for this motion, the government states that its key witness is unavailable due to a law enforcement training commitment and will be unable to appear for trial. Counsel have agreed to the new date suggested by the Court of September 12, 2005.

In addition, for the above-stated reasons, the government respectfully requests that the time commencing on May 2, 2005 and concluding on the date set for trial be excluded pursuant to 18 U.S.C. §3161(h)(8)(A).

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney


                    By:  /s/ James J. McGovern
                         JAMES J. MCGOVERN
                         Assistant United States Attorney
```

DATE: April 25, 2005

**ASSENTED TO:** _____
             Attorney Syrie Fried