UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
                               )
        v.                     )     CRIM. NO. 04-10108-MEL
                               )
                               )
TREVIS CATRON                  )

<u>MOTION TO MODIFY CONDITIONS OF RELEASE</u>

The defendant Travis Catron respectfully moves this court to modify the conditions of his pretrial release to remove him from electronic monitoring.  The defendant makes this motion so that he can return to work while this case is pending.  In support of this motion, counsel states that Mr. Catron was released by this court from custody on October 25, 2004 on counsel's motion after a hearing.  The court ordered the posting of home equity with the court and that Mr. Catron be monitored electronically by the Pretrial Services Agency.  Pretrial electronic monitoring requires those being monitored to stay within their homes during monitoring, which is 24 hours per day.  Trial in this matter was subsequently set for May 2, 2005.

On April 25, 2005, the government moved for a continuance of the trial; Mr. Catron's counsel assented to the government's request.  Trial was reset to September 12, 2005.  Since being released from custody, Mr. Catron has lived with his fiancee in compliance with his conditions.  Now that the trial has been

continued into September, Mr. Catron would like to resume working, and therefore requests that his monitoring be discontinued. Before his arrest in this case, Mr. Catron was working at Jet-A-Way, Inc., a trash disposal company in Roxbury; he was employed through a temporary labor agency. Counsel has confirmed with Jet-A-Way that Mr. Catron could be rehired there through the labor agency if he were available to work. Counsel has contacted Chris Wylie of the Pretrial Services Agency to ascertain the agency's position with respect to this motion. Counsel represents that Mr. Wylie has no objection to a modification of Mr. Catron's release conditions to remove him from electronic monitoring. Mr. Catron would be amenable to other release conditions in substitution for the monitoring. The defendant is not proposing any change regarding home equity posted.

Wherefore, for the reasons set forth above, counsel requests that this motion to modify the conditions of the defendant's release be granted.

Respectfully submitted

By his attorney,

/s/ Syrie D. Fried
Syrie D. Fried
  B.B.O. # 555815
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

May 16, 2005