IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10108-MEL |
| ) | |
| TREVIS J. CATRON ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION TO MODIFY CONDITIONS OF RELEASE**

The United States of America, by United States Attorney Michael J. Sullivan and Assistant U.S. Attorney James J. McGovern, file this Opposition to Defendant's Motion to Modify Conditions of Release. For the reasons set forth below, the Motion should be denied.

1. The defendant has a significant prior criminal record, both juvenile and adult, including among other things, a conviction for armed robbery in 1991 for which he was sentenced to imprisonment for five years. In 1993, he was convicted on charges of manufacturing a Class B substance and possession of a Class B substance with intent to distribute, for which he was sentenced to imprisonment for one year. Most importantly, in April of 1996, the defendant was convicted on a number of firearms charges including possession of a firearm without a serial number, illegal possession of ammunition, and the illegal possession of a firearm for which he was sentenced to imprisonment for one year. In September of 1996, he was

convicted on charges of possession of a Class B substance and possession of a Class D, those offenses having been committed while the defendant was on bail in connection with the firearms charges for which he was sentenced in April, 1996.

 2. Based upon the above, Cohen, M.J. detained the defendant and this court, over the objection of the government, released the defendant on pre-trial electronic monitoring, appreciating his violent and unpredictable tendencies, effectively removing him from the street in order to prevent third-parties from being harmed. To release the defendant without electronic monitoring and to the street and to the job he had when he was arrested on the pending charges, will not protect the public from an individual with an established, significant criminal history. Indeed, the government would suggest that the reason the defendant has not been a threat to the public at large since his arrest is the direct result of his initial detention and more recent electronic monitoring ordered by this court.

 3. As previously noted and placed on the docket, "Notwithstanding that [the defendant having been previously convicted on firearms' charges] and notwithstanding the prohibition of any possession of firearms by those convicted of a felony, the defendant has demonstrated that he will continue to brandish, if not shoot, firearms in the future, all of which, it goes without saying, represents a clear and present danger to the

community." That danger still exists.

    WHEREFORE, the Defendant's Motion for  should be DENIED.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                      United States Attorney

                                      /s/James J. McGovern
                    By:  _____
                                      JAMES J. MCGOVERN
                                      Assistant U.S. Attorney

May 17,2005