```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )
        v.                     )   CRIMINAL NO. 04-10108-MEL
                               )
TREVIS CATRON                  )
```

### MOTION FOR HEARING REGARDING
### ADMISSION OF THIRD PARTY CONFESSION

The defendant Trevis Catron, through undersigned counsel, respectfully moves this Court to hold a hearing before trial regarding the admissibility of an exhibit intended to be offered by the defense on his behalf at trial in this case. The exhibit is a written, signed statement by David Everett, the defendant's first cousin, with whom he was arrested on the morning of this incident. The statement is Everett's confession to having possessed the firearm in question. Everett has counsel in relation to this case and the defense does not expect him to testify; it is anticipated that he will assert his 5th amendment right to remain silent, though perhaps this is a subject to take up at this requested hearing. The defense intends to offer Everett's statement as a statement against penal interest under F.R.E. 804(b)(3); additionally, there are 6th amendment underpinnings to the defendant's request to use this statement as a favorable proof to be offered in his defense.

Counsel suggests that this matter is best aired and resolved prior to trial, and therefore requests that it be set for a hearing the first week of September, 2005.[1]

Wherefore, counsel for the defendant requests that this motion for a hearing on the subject of David Everett's confession be granted.

                                        Respectfully submitted

                                        By his attorney,


                                        /s/ Syrie D. Fried
                                        Syrie D. Fried
                                           B.B.O. #555815
                                        Federal Defender Office
                                        408 Atlantic Avenue, 3rd Floor
                                        Boston, MA  02110
                                        Tel: 617-223-8061

---

[1] Counsel will be out of town on vacation from August 15 through Labor Day weekend and is thus not available for such a hearing in late August.