PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

vs.

_____Trevis Catron_____          Docket No. 1:04-cr–10108-MEL

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

The undersigned Pretrial Services Officer presents this report regarding defendant ____Trevis Catron_____, who was placed under pretrial release supervision by the Honorable _Lawrence P. Cohen__, on____October 25, 2005_____ under the following conditions:

And respectfully seeks action by the Court and for cause as follows:

(Insert here or **if lengthy, attach on a separate sheet**)

**Petition for Action on Conditions of Pretrial Release**

**"Refrain from use or unlawful possession of a narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner".**

PRAYING THE COURT WILL:

_____Issue a Warrant

____X__Issue a Summons for the defendant to appear for a show cause hearing

_____Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on__August 25, 2005__Place_____Boston, Massachusetts_____

_____Thomas M. O'Brien   _T O B. ev_   Date_8/25/5_
U.S. Pretrial Services Officer

ORDER OF COURT

_____Warrant to Issue

_____Summons to issue. Clerk to schedule show cause hearing.

_____Other:

Considered and ordered this_____day of_____,20_____,and ordered filed
and made part of the record in the above case.

_____
Judicial Officer



# MEMORANDUM

**To:**      Honorable Morris E. Lasker, U.S. District Court Judge

**cc:**      Honorable Leo Sorokin, U.S. Magistrate Judge

Syrie D. Fried, AFPD

James McGovern, AUSA

**From:**    Thomas M. O'Brien, U.S. Pretrial Services Officer

**Re:**      **Catron, Trevis, CR# 1:04-cr-10108-MEL**

**Date:**    August 25, 2005

This Pretrial Services Officer is writing the Court to advise Your Honor of Mr. Catron's non-compliance with the Court's Order of Release.

On June 15, 2005, the defendant reported to Pretrial Services pursuant to his random drug testing obligation. On that date, Mr. Catron produced a urine sample which yielded positive results for marijuana usage via the Ontrak Test Cup. This officer received the drug test sample results on July 25, 2005 by way of a lab report from the ScientificTesting Laboratory of Richmond, Virginia. The results of the controlled substances test revealed that sample # C00622296, was positive for marijuana usage.

On August 24, 2005, the defendant reported to Pretrial Services pursuant to his random drug testing obligation. On that date, Mr. Catron produced a urine sample which yielded positive results for marijuana usage via the Ontrak Test Cup. The test sample was forwarded to the Scientific Testing Laboratory, Richmond, Virginia for confirmation of results.

Based on the above information this Pretrial Services Officer is seeking that the defendant be summonsed to Court and be made to show cause why his bail should not be revoked.

Honorable Morris E. Lasker
 U.S. District Court Judge
August 25, 2005
Page: 2


RE:    Catron, Trevis



Please find attached a copy of the defendant's bail conditions as ordered by U.S. Magistrate
Judge Lawrence P. Cohen on October 25, 2004.



Reviewed by:

Basil F. Cronin
Supervisory U.S. Pretrial Services Officer