✎AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>TREVIS CATRON<br>91 HIGHCREST ROAD<br>ROSLINDALE, MA | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:  1:04-CR-10108 MEL |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>UNITED STATES DISTRICT COURT - DIST. OF MASSACHUSETTS<br>1 COURTHOUSE WAY<br>BOSTON, MA 02210<br>Before:  MAGISTRATE JUDGE LAWRENCE P. COHEN | Room<br>COURTROOM #14, 5TH |
|---|---|
| | Date and Time<br>SEPTEMBER 7TH @ 3:00PM |

To answer a(n)
    Indictment    ☐ Information    ☐ Complaint    X Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title  21  United States Code, Section(s)  802

Brief description of offense:
REFRAIN FROM USE OR UNLAWFUL POSSESSION OF A NARCOTIC DRUG OR OTHER CONTROLLED SUBSTANCE AS DEFINED IN 21 U.S.C. 802, UNLESS PRESCRIBED BY A LICENSED MEDICAL PRACTITIONER

_____      8/29/05
Signature of Issuing Officer                 Date

MARIA SIMEONE, COURTROOM DEPUTY
Name and Title of Issuing Officer