UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action No.
1:04-10108 MEL

UNITED STATES OF AMERICA
Plaintiff
V.

TREVIS CATRON
Defendant

ORDER OF RECUSAL

SOROKIN, M.J.

 I hereby recuses myself from consideration of the above entitled action pursuant to 28 U.S.C. Section 455.

 SO ORDERED.

            /s/ Leo T. Sorokin
            UNITED STATES MAGISTRATE JUDGE