UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,
        Plaintiff,

v.                                      CRIMINAL NO. 04-CR-10108-MEL

TREVIS CATRON,
        Defendant.


## JURY QUESTIONNAIRE

Do you find that the government has proven beyond a reasonable doubt that Trevis Catron knowingly possessed in or affecting commerce a firearm in violation of Title 18 United States Code §922 (g)(1) on March 13, 2004?

[Your answer either way must be unanimous.]


Yes _____                    No ____✓_____


                              _____
                              Foreperson

                              DATE: __9/16/05__