AO 245A (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____MASSACHUSETTS_____

UNITED STATES OF AMERICA

V.

TREVIS CATRON

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  04-10108-001-MEL

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judicial Officer

Morris E. Lasker Senior Judge U.S District Court
Name and Title of Judicial Officer

9/20/05
Date